# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JEREMY SOUTHERLAND,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**WAKE PIZZA, LLC.**, and **GALE EBERT**,<br><br>Defendants. | Case No. 5:22-cv-00196-M<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jeremy Southerland, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that he voluntarily dismisses his claims against WAKE PIZZA, LLC, and Gale Ebert in this action. Accordingly, Plaintiff hereby dismisses his claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Jacob J. Modla*
Jacob J. Modla, (NC Bar No. 17534)
The Law Offices of Jason E. Taylor P.C.
115 Elk Avenue
Rock Hill, SC 29730
Tel: 803-328-0898
Email: jmodla@jasonetaylor.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically served on all counsel of record via the Court's Electronic Filing System.

*/s/ Jacob J. Modla*
**Jacob J. Modla**